COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of E.L.A. III and A.J.E.A, Children

Appellate case number:      01-18-00751-CV

Trial court case number:    2017-03501J

Trial court:                313th District Court of Harris County

Appellee, Department of Family and Protective Services ("DFPS"), has filed a motion for an extension of time to file its brief. The brief was due on November 26, 2018. On November 30, 2018, the Clerk of this Court notified DFPS that a brief had not been filed and was due no later than December 10, 2018. When DFPS did not respond, the Clerk of this Court again notified DFPS that a brief had not been filed and was due no later than December 21, 2018.

We **grant** the motion. **The brief of appellee, DFPS, is due to be filed no later than Friday, December 21, 2018.** *See* TEX. R. APP. P. 28.4(a), 38.6(d). **No additional extensions will be granted.**[1]

It is so ORDERED.

Judge's signature: ____/s/ Russell Lloyd____
                    ☒   Acting individually   ☐ Acting for the Court

Date: __December 13, 2018____

---

[1]     This appeal involves the termination of the parent-child relationship. This Court is required to bring the appeal to final disposition within 180 days of August 20, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (West 2013).